

Auburn University Student Center
Division of Student Affairs
255 Heisman Drive, 2301A
Auburn University AL  36849-5129
334-844-1320 / (f) 334-844-1238

# Letter of Agreement

| **Customer** | | **Reservation:** | 33198 |
|---|---|---|---|
| Cameron Padgett | | Event Name: | Alternative Right |
| Misc. Events | | Status: | Tentative |
| | | Phone: | 912-856-2371 |
| | | Email Address: | cpadgett4@student.gsu.edu |
| | | Event Type: | speaker |
| | | Event Coordinator: | Debbie Hood |

| Bookings / Details | Quantity | Price | Amount |
|---|---|---|---|
| **Tuesday, April 18, 2017** | | | |
| **6:30 PM - 9:00 PM Alternative Right (Tentative)  Foy Auditorium** | | | |
| theater style for 200 | | | |
| Room Charge: | 1 | $700.00 | $700.00 |
| Subtotal | | | $700.00 |
| Grand Total | | | $700.00 |

CONTRACTUAL AGREEMENT
OPERATING POLICIES
All events taking place in Foy Hall Auditorium MUST be registered with the Campus Events Planning System at https://cws.auburn.edu/ceps.
Reservations are made on a first come, first serve basis. Tentative Series reservations ("blanket booking") are not allowed. In the event that an incorrect account number is given to a facilitator, the customer will be responsible for preparing the paperwork to make the necessary corrections.

CATERING REGULATIONS
Food and drinks are not allowed inside of Foy Hall Auditorium. Groups may have food and drink in the lobby area outside of the Auditorium, but cleaning services will be required to be present during the event. Groups will be responsible for removing their own trash. Enforcement is the responsibility of the department or organization reserving the facility. Groups failing to clean the Foy Hall Auditorium may be subject to a cleaning fee.

CANCELLATIONS
Cancellations must be made five (5) business days in advance. Customers failing to cancel an event with a Reservations Facilitator will be charged a no-show fee. No exceptions.

AUDIO/VISUAL REQUIREMENTS
A smart classroom setup is provided in the Foy Hall Auditorium, If you are unsure of its use and would like Audio Visual assistance before your event, please contact Student Affairs Reservations at 844-1320 during normal business hours and we can arrange for someone to help you
Use of the microphone will require a fee per microphone used. All additional equipment is the responsibility of the department or organization. Auburn University Student Center will not provide equipment for Foy Hall ballroom. An Audio/Visual technician from the Student Center may be required if the stage curtains are used. Required fee is $15.00 per hour.
Customers requesting audio/visual equipment will be responsible for any damage or missing equipment incurred during that groups event. Audio/visual prices may vary.  Current prices will apply at the time of the customer's event.
Non University customers needing access to wireless internet services must make prior arrangements with the Reservations Facilitator.



Exhibit "A" Page 1

| Auburn University Student Center | Reservation: | 33198 | Tentative |
|---|---|---|---|
| **Bookings / Details** | **Quantity** | **Price** | **Amount** |

SECURITY POLICY
Based on the nature of the event, security (i.e. Allied Barton, and/or Auburn city police) may be required at the expense of the university department or organization. Security requests must be made at least 20 business days prior to the event. Requests submitted after this time period may be declined.
To obtain security, please contact the Department of Public Safety and Security, (334) 844-8888 or www.auburn.edu/public_safety <http://www.auburn.edu/public_safety>.

DAMAGE POLICY
No tape, nails, glue, glitter/confetti, lighted candles, open flame, pyrotechnics, sand or water pools are to be used in any room at any time including any lobby space. All decorations must be removed at the close of the event. If the decorations are not removed, the group responsible will be charged a cleanup fee. Customers hereby assume full responsibility for the acts of all persons using the facility and hereby agree to reimburse Auburn University for any and all damages done to the Auburn University Student Center property during the time covered by this agreement.

ACCESS
Rooms will be available to the groups exactly as it states on the contract. Groups will need to submit there request for space to the reservations office at least two weeks in advance for access purposes.

Groups are not allowed to change room reservations with other groups. All room reservation changes MUST be made by a Reservations Facilitator.

Auburn University Student Center is not responsible for any items left in the Foy Hall Auditorium spaces after an event has ended.

Failure to comply with Auburn University Student Center policies and procedures could result in termination of meeting privileges. Groups misrepresenting any event will be subject to a fine and loss of privileges.

The Foy Hall Auditorium is accessible for individuals with disabilities. Requests for assistance in providing special accommodations must be made to a Reservations Facilitator at least one week in advance.

Meeting spaces are assigned to accommodate the tentative attendance indicated at the time a signed contract is received. The Auburn University Student Center reserves the right to make event changes based on the number of participants and the space requirements for your function. Until signed this constitutes a tentative booking agreement with your group.

Furniture in the Foy Hall Auditorium is not to be moved outside of the Auditorium.

I HAVE READ AND AGREE TO COMPLY WITH ALL AUBURN UNIVERSITY STUDENT CENTER POLICIES GOVERNING THE USE OF THE AUBURN UNIVERSITY STUDENT CENTER FACILITIES.



Customer Signature**

4-10-17

Date

**Signed contract must be returned to a Reservations Facilitator no later than five (5) business days prior to your event. Failure to do so will result in the cancellation of your event.


Exhibit "A"
Page 2