# Auburn University statement on Richard Spencer

Published: Apr 12, 2017

Decrease Font Size Font Size Increase Font Size

## Article body

We strongly deplore his views, which run counter to those of this institution. While his event isn't affiliated with the university, Auburn supports the constitutional right to free speech. We encourage the campus community to respond to speech they find objectionable with their own views in civil discourse and to do so with respect and inclusion.

Exhibit "B"