# Updated information on Spencer event at Auburn

Published: Apr 14, 2017

Decrease Font Size Font Size Increase Font Size

## Article body

In consultation with law enforcement, Auburn canceled the Richard Spencer event scheduled for Tuesday evening based on legitimate concerns and credible evidence that it will jeopardize the safety of students, faculty, staff and visitors.

Exhibit "C"