```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602044978
Cashier ID: kruffin
Transaction Date: 04/18/2017
Payer Name: BELFARE LLC
----------------------------------------
CIVIL FILING FEE
 For: BELFARE LLC
 Case/Party: D-ALM-3-17-CV-000231-001
 Amount:         $400.00
----------------------------------------
CHECK
 Check/Money Order Num: 1130
 Amt Tendered:   $400.00
----------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

3:17-CV-231-WKW-WC

Padgett v. Auburn University et al
```