# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **CAMERON PADGETT,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| vs. | : | **CIVIL ACTION FILE** |
| | : | **NO. _____** |
| **AUBURN UNIVERSITY;** | : | |
| **AUBURN UNIVERSITY** | : | |
| **BOARD OF TRUSTEES;** | : | **VERIFICATION BY** |
| **JAY GOUGE in his official** | : | **PLAINTIFF** |
| **and individual capacity** | : | |
| **as President of Auburn** | : | |
| **University;** | : | |
| **CHANCE CORBETT in his** | : | |
| **official and individual** | : | |
| **capacity as Director of** | : | |
| **Auburn University Public** | : | |
| **Safety Department,** | : | |
| **ANDREA CONTI-ELKINS,** | : | |
| **in her official and** | : | |
| **individual capacity as** | : | |
| **Supervisor of Student** | : | |
| **Center Reservations &** | : | |
| **James E. Foy, Information** | : | |
| **Desk, Division of Student** | : | |
| **Affairs,** | : | |
| | : | |
| **Defendants** | : | |

# AFFIDAVIT

STATE OF GEORGIA

COUNTY OF FULTON

Before me, an officer authorized under the laws of the State of Georgia to take and administer oaths, appeared the undersigned

**CAMERON PADGETT**, "Deponent", who, being first duly sworn, on oath states that the allegations contained in the foregoing Petition are true and correct to his personal knowledge and belief.

**SO SWORN** this 17th day of April, 2017.

_____
**CAMERON PADGETT,**
"Deponent"

Sworn to and subscribed before me
this 17th day of April, 2017:

_____
NOTARY PUBLIC

[Notary seal: PATRICK CZIZEK, NOTARY PUBLIC, FULTON COUNTY, GA, Exp. July 26, 2020]