IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2017 APR 18 A 4:06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| CAMERON PADGETT, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | CIVIL ACTION FILE |
| | : | NO. 3:17-cv-231-WKW |
| AUBURN UNIVERSITY; | : | |
| AUBURN UNIVERSITY | : | |
| BOARD OF TRUSTEES; | : | PLAINTIFF'S MOTION FOR |
| JAY GOUGE in his official | : | RESTRAINING ORDER |
| and individual capacity | : | |
| as President of Auburn | : | |
| University; | : | |
| CHANCE CORBETT in his | : | |
| official and individual | : | |
| capacity as Director of | : | |
| Auburn University Public | : | |
| Safety Department, | : | |
| ANDREA CONTI-ELKINS, | : | |
| in her official and | : | |
| individual capacity as | : | |
| Supervisor of Student | : | |
| Center Reservations & | : | |
| James E. Foy, Information | : | |
| Desk, Division of Student | : | |
| Affairs, | : | |
| | : | |
| Defendants | : | |

1

## PLAINTIFF'S MOTION FOR RESTRAINING ORDER

Comes now the Plaintiff in the above styled matter and files this Plaintiff's Motion for Restraining Order showing the Court as follows:

1.

On the facts and the authorities more particularly set forth in the Brief Movant is entitled to an emergency hearing and a temporary restraining order requiring the Defendants to comply with the agreement between the parties attached to the Petition as "Exhibit A."

2.

This is a matter involving the exercise of Plaintiff's rights as an American citizen to freedom of speech and to peaceable assembly to petition the government for redress of grievances.

3.

2

The denial of Plaintiff's rights at the time and venue specified will be a violation of his rights as an American citizen to freedom of speech and to peaceable assembly to petition the government for redress of grievances that cannot be remedied in the future at law because the time and place for the expression of the views will have passed and will have been irretrievably lost.

**WHEREFORE, Petitioner prays the Court as follows:**

1. That the Court take jurisdiction of the Complaint and this Motion and grant Plaintiff an immediate hearing on the issue of the emergency restraining order;

2. That upon the hearing and consideration of the Motion the Court issue a temporary restraining order more or less in accordance with the suggested form attached hereto.

SO MOVED this 17th day of April, 2017.

_____
SAM G. DICKSON, Attorney at Law

P. O. Box 55123
Atlanta, Ga. 30308
Tel.: 404-932-1405
Email: sdicksonlawandjustice@gmail.com