> **Message not delivered**
>
> Your message couldn't be delivered to **d.boyd@balch.com** because the remote server is misconfigured. See technical details below for more information.

The response from the remote server was:

```
550 5.4.1 [d.boyd@balch.com]: Recipient address rejected: Access denied
```

Final-Recipient: rfc822; d.boyd@balch.com
Action: failed
Status: 5.4.1
Remote-MTA: dns; balch-com.mail.protection.outlook.com. (216.32.181.10, the server for the domain balch.com.)
Diagnostic-Code: smtp; 550 5.4.1 [d.boyd@balch.com]: Recipient address rejected: Access denied
Last-Attempt-Date: Mon, 17 Apr 2017 15:29:05 -0700 (PDT)

---------- Forwarded message ----------
From: Sam Dickson <marchbloomling36@gmail.com>
To: d.boyd@balch.com
Cc:
Bcc:
Date: Mon, 17 Apr 2017 18:28:53 -0400
Subject: Cameron Padgett vs. Auburn University, 11:00 a.m. Tuesday, April 18th.

# Mr. Boyd:

I earlier sent you an email giving you notice of my intention to seek to present the Plaintiff's request for an injunction to a Judge of the United States Court for the Middle District of Alabama.

*Exhibit "A"*

I just looked for it to print it out as an exhibit to my certification to the Court under Rule 60 of the Federal Rules of Civil Procedure.

It seems to have disappeared into thin air.

I am sending this additional notice.

I will be at the Clerk's Office in Montgomery at 11:00 a.m. where I hope I will be able to meet you so as to seek a Judge.

I am sending my assistant ahead of me in the hopes that he can get everything filed and copies stamped so there will be no delay for you or me.

As you know my cell phone is <u>404-932-1405</u>.

I thank you for the very pleasant and courteous conversation you and I had earlier today.

It's what I would expect from someone in your firm but nothing is guaranteed any more.

I am attaching copies of all pleadings prepared so far.

I think every thing is done with the exception of the proposed order which I am starting work on now.

<div class3 ----- Message truncated -----