# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF ALABAMA

### EASTERN DIVISION

RECEIVED

APR 1 8 2017

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| CAMERON PADGETT, | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | CIVIL ACTION FILE |
| | : | NO. 3:17-cv-231-WKW |
| AUBURN UNIVERSITY; | : | |
| AUBURN UNIVERSITY | : | |
| BOARD OF TRUSTEES; | : | CERTIFICATION OF |
| JAY GOUGE in his official | : | COUNSEL AS TO THE |
| and individual capacity | : | GIVING OF NOTICE TO |
| as President of Auburn | : | DEFENDANTS AS TO |
| University; | : | PRESENTATION OF THE |
| CHANCE CORBETT in his | : | MOTION FOR |
| official and individual | : | INJUNCTION |
| capacity as Director of | : | |
| Auburn University Public | : | |
| Safety Department, | : | |
| ANDREA CONTI-ELKINS, | : | |
| in her official and | : | |
| individual capacity as | : | |
| Supervisor of Student | : | |
| Center Reservations & | : | |
| James E. Foy, Information | : | |
| Desk, Division of Student | : | |
| Affairs, | : | |
| | : | |
| **Defendants** | : | |

**1**

## CERTIFICATION OF COUNSEL PURSUANT TO RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE

The undersigned is counsel for Plaintiff in the above styled action pending before the United States District Court for the Middle District of Georgia.

On Sunday, April 16, 2017, counsel sent an email to the Communications Department of Auburn University informing the University of his intention to file a lawsuit for an injunction and other relief as set out in the Petition.

Counsel asked Auburn to have its attorneys contact him so that Counsel could notify the Defendants as to the time at which counsel would seek a hearing on the injunction.

On the morning of Monday, April 17, 2017, counsel received a telephone call in response to his email from David Boyd, who identified himself as an attorney practicing in Alabama who would be representing the school in the matter.

**2**

On the afternoon of Monday, April 17, 2017, counsel sent an email notice to Mr. Boyd that counsel would be at the Montgomery courthouse of the United States District Court for the Middle District of Alabama at 11:00 a.m. Tuesday, April 18, 2017, at which time counsel would seek a hearing on the matter.

The email came back as undelivered. Counsel double-checked the Alabama State Bar's member information and confirmed that the address he had used appears to be the address used.

Counsel has also called Mr. Boyd at 5:15 p.m. Central Time and left a message on Mr. Boyd's cell phone and on his office phone that counsel will be at the Clerk's Office at 10:55 a.m. on Tuesday, April 18, 2017, would go from the Clerk's office to seek a Judge at 11:00 a.m. and hoped that Mr. Boyd and he could meet there.

Respectfully submitted this 17th day of April, 2017.

SAM G. DICKSON, Attorney at

**3**

LawP. O. Box 55123
Atlanta, Ga. 30308
Tel.: 404-932-1405
Email: sdicksonlawandjustice@gmail.com

**4**