

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**   }
                               } ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **SAM GLASGOW DICKSON, State Bar No. 221500,** was duly admitted to practice in said Court on January 8, 1975, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 17th day of April, 2017.

JAMES N. HATTEN
CLERK OF COURT

By: *Joyce White*
Joyce White
Deputy Clerk

Exhibit "B"