# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| CAMERON PADGETT, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | CIVIL ACTION FILE |
| | : | NO. 3:17-cv-231-WKW |
| AUBURN UNIVERSITY; | : | |
| AUBURN UNIVERSITY | : | ORDER GRANTING |
| BOARD OF TRUSTEES; | : | REQUEST FOR LEAVE OF |
| JAY GOUGE in his official | : | COURT BY SAM G. |
| and individual capacity | : | DICKSON TO APPEAR |
| as President of Auburn | : | PRO HAC VICE PURSUANT |
| University; | : | TO LOCAL RULE 83.1 |
| CHANCE CORBETT in his | : | |
| official and individual | : | |
| capacity as Director of | : | |
| Auburn University Public | : | |
| Safety Department, | : | |
| ANDREA CONTI-ELKINS, | : | |
| in her official and | : | |
| individual capacity as | : | |
| Supervisor of Student | : | |
| Center Reservations & | : | |
| James E. Foy, Information | : | |
| Desk, Division of Student | : | |
| Affairs, | : | |
| | : | |
| Defendants | : | |

1

## ORDER GRANTING
## REQUEST FOR LEAVE OF COURT
## BY SAM G. DICKSON TO APPEAR
## PRO HAC VICE PURSUANT TO
## LOCAL RULE 83.1

Sam G. Dickson, Attorney at Law and counsel for Petitioner in the above styled action, having moved the Court for an order granting him leave to appear *pro hac vice* pursuant to Local Rule 83.1 of the United States District Court for the Middle District of Alabama, and it appearing to the Court that applicant has met the requirements of said rule, it is hereby ORDERED that Sam G. Dickson is allowed to appear *pro hac vice* in this matter.

SO ORDERED this 18th day of April, 2017.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF ALABAMA

Presented by:

Sam G. Dickson
Attorney at Law
P. O. Box 55123
Atlanta, Ga. 30308
Tel.: 404-932-1405
Email: sdicksonlawandjustice@gmail.com