```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602044979
Cashier ID: kruffin
Transaction Date: 04/18/2017
Payer Name: BELFARE LLC
------------------------------------
PRO HAC VICE
 For: SAM G DICKSON
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
------------------------------------
CHECK
 Check/Money Order Num: 1130
 Amt Tendered:   $50.00
------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

3:17-CV-231=WKW
```