<div align="center">
UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET

MONTGOMERY, ALABAMA 36104
</div>

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF DEFICIENCY REGARDING CORPORATE/ CONFLICT STATEMENT

**To:**             **Cameron Padgett**

**From:**           **Clerk's Office**

**Case Style:**     **Padgett v. Auburn University et al**

**Case Number:**    **3:17-cv-00231-WKW-WC**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

<div style="color:red; text-align:center;">**No corporate/conflict disclosure statement has been filed by you in this action.**</div>

**This deficiency must be corrected within ten (10) days from this date.   Please refer to attachment.**