IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CAMERON PADGETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO. 17-CV-231-WKW-WC |
| | ) |
| **AUBURN UNIVERSITY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

Come now David R. Boyd and Tara W. Bush and give notice of their appearance as counsel for defendants and request that all pleadings, motions, orders, notices, and other papers be served on them at the address shown below.

Respectfully submitted this 20th day of April, 2017.

                                                  *s/David R. Boyd*
                                                  One of counsel for defendants

OF COUNSEL:
David R. Boyd (ASB-0717-d52d)
dboyd@balch.com
Tara W. Bush (ASB-1854-i48s)
tbush@balch.com
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101
334/834-6500

248465.1

## **CERTIFICATE OF SERVICE**

      I certify that on April 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sam G. Dickson
Post Office Box 55123
Atlanta, GA  30308

                                            *s/David R. Boyd*
                                            Of Counsel