IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAMERON PADGETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CASE NO. 17-CV-231-WKW-WC |
| | ) |
| AUBURN UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

In accordance with the Middle District of Alabama's General Order No. 3047, defendants hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of General Order No. 3047:

- Auburn University, including its Board of Trustees, is a state governmental entity;
- Jay Gogue, Chance Corbett, and Andrea Conti-Elkins are individuals.

Defendants are not aware of any affiliates or similar entities reportable pursuant to General Order No. 3047.

Respectfully submitted this 20th day of April, 2017.

*s/David R. Boyd*
One of counsel for defendants

248466.1

OF COUNSEL:
David R. Boyd (ASB-0717-d52d)
dboyd@balch.com
Tara W. Bush (ASB-1854-i48s)
tbush@balch.com
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101
334/834-6500

## CERTIFICATE OF SERVICE

      I certify that on April 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Sam G. Dickson
>Post Office Box 55123
>Atlanta, GA  30308

                                            *s/David R. Boyd*
                                            Of Counsel