IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CAMERON PADGETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CV-231-WKW |
| | ) | [WO] |
| AUBURN UNIVERSITY, AUBURN UNIVERSITY BOARD OF TRUSTEES, JAY GEORGE, CHANCE CORBETT, and ANDREA CONTI-ELKINS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. # 13), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, with costs taxed as paid.

The Clerk of the Court is DIRECTED to close this case.

DONE this 12th day of May, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE