IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANKLIN D. COLLINS, JR., ) | |
| #150 739, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:14-CV-231-WHA |
| ) | |
| DR. JOHNNY BATES, *et al.*, ) | |
| ) | |
|     Defendants. ) | |

## **ORDER**

For good cause, it is

ORDERED that the July 25, 2017, order granting Plaintiff's motion to file a response (Doc. 242) is AMENDED to reflect that the order granted Plaintiff's motion to file a response to Defendants' supplemental special report **filed on July 6, 2017,** *not* on July 21, 2017, as inadvertently referenced in the July 25 order.

Done, this 23rd day of August 2017.

                                              /s/ Wallace Capel, Jr.
                                              CHIEF UNITED STATES MAGISTRATE JUDGE