UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 24, 2017

# NOTICE OF DOCKETING ERROR

**From:** Clerk's Office

**To:** ALL COUNSEL OF RECORD

**Case Style:** Padgett v. Auburn University et al

**Case Number:** 3:17-cv-00231-WKW-WC

**Docket Entry Number:** 15 (Order)

The referenced order was filed on August 23, 2017 in this case and is hereby STRICKEN as an erroneous docket entry due to clerical error.

Parties are instructed to disregard the [15] docketing entry, which has been stricken from the record as an erroneous docket entry. This order should have been entered in case 2:14-cv-00231-WHA-WC.